IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> LUIS MANUEL SERRANO PERDIGON <br> CARMEN VIRGEN RIVERA CRUZ <br><br> xx-xx-8358 <br> xx-xx-9135 <br><br> Debtor(s) | CASE NO. 19-00935-MCF7 <br> Chapter 7 <br><br><br><br><br> FILED & ENTERED ON MAY/15/2019 |

ORDER

The Motion for Relief from Stay filed by BOSCO IX OVERSEAS LLC BY FRANKLIN CREDIT MANAGEMENT CORPORATION (docket #27) is denied without prejudice for failure to comply with LBR 4001-(c).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of May, 2019.

Mildred Caban Flores
United States Bankruptcy Judge