IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> LUIS MANUEL SERRANO PERDIGON <br> CARMEN VIRGEN RIVERA CRUZ <br><br> xx-xx-8358 <br> xx-xx-9135 <br>         Debtor(s) | CASE NO. 19-00935-MCF7 <br> Chapter 7 <br><br><br><br><br> FILED & ENTERED ON JUL/29/2019 |

ORDER AND NOTICE

A hearing is hereby scheduled for September 18, 2019, at 9:00 AM, at the U.S. Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, San Juan, Puerto Rico, to consider the following: United States Of America's Motion Regarding Automatic Stay (docket #36); Debtors' oppositions (docket #39 and #47); The United States of America's response (docket #46).

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29 day of July, 2019.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge