IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br>LUIS M SERRANO PERDIGON &<br>CARMEN V RIVERA CRUZ<br>Debtors<br>SSN xxx-xx-8358 & xxx-xx-9135 | BANKRUPTCY 19-00935 MCF<br><br>CHAPTER 7 |

COUNSEL for DEBTORS' MOTION
TO EXCUSE HER ABSENCE from 9/18/2019 HEARING

TO THE HONORABLE COURT:

COMES NOW counsel for debtors, on her own behalf and prays for the indulgence of this Court as follows:

1. On this same date just a few hours ago, we became aware of a hearing before this Honorable Court on this same date of September 18, 2019.

2. But for the Minute entry at doc #57 of today's meeting we would have probably never become aware that we had not appeared at a hearing duly convened since July 28, 2109.

3. During our long years appearing before this Honorable Court we have never failed to appear at a hearing.

4. Although for most of our professional life we have personally read and reviewed all Cm/Ecf notices on a daily basis, during the last year or so, we have transferred this responsibility exclusively to our legal assistant, to lighten the load, sort of speaking, in our twilight years.

5. Until today, when we have discovered this oversight our legal assistant had never failed to docket and follow up on hearings and Orders.  Her oversight through human error was possible because we no longer duplicate her efforts with our own review of the notice since a year or so ago.

6. We beg for the indulgence of the Court and for counsel for U.S.A. attorney for not appearing or excusing our self from today's hearing, no disrespect was intended on our part to either the Court or to counsel for U.S. of A.  We were in fact in Old San Juan waiting during the same hours to be called in a chapter 7 §341 meeting, which would have offered us time and opportunity to appear in Court while waiting to be called for the §341 meeting of creditors.

7. It has never been our custom or intent to disrespect the Court or its Orders with such an unexcused absence for today's hearing.

WHEREFORE, counsel for debtors respectfully prays for the Court's indulgence for her unexcused absence from today's hearing before this Honorable Court.  Both counsel and her legal assistant overlooked the Order scheduling the hearing for today through oversight and human error and inadvertence.  There was no valid reason except for human error in not docketing or becoming aware of this Court's Order & Notice scheduling today's hearing noticed since July 29, 2019 at doc # 53.

I CERTIFY that upon the filing of this motion electronically using Cm/Ecf will result upon belief in the notice of the same to Movant, U.S. of America, ROSA EMILIA RODRIGUEZ VELEZ, U.S. Attorney through MARITZA GONZALEZ RIVERA, Assistant U.S. Attorney, Financial Litigation & Asset Recovery Section Civil Division at Maritza.gonzalez@usdoj.gov.

ALEJANDRO BELLVER ESPINOSA for BOSCO IX OVERSEAS LLC BY FRANKLIN CREDIT MANAGEMENT CORP alejandro@bellverlaw.com, kiara@bellverlaw.com

MARITZA GONZALEZ RIVERA for U.S. OF AMERICA maritza.gonzalez@usdoj.gov

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

HECTOR E RAMIREZ CARBO for  U.S. hector.e.ramirez@usdoj.gov, hrcramirez@gmail.com

NOREEN WISCOVITCH RENTAS
courts@nwr-law.com, nwiscovitch@ecf.epiqsystems.com;nwr@trustesolutions.net

DATED: September 18, 2019.

s/ L. A. Morales
LYSSETTE A MORALES VIDAL
USDC PR #120011

L. A. MORALES & ASSOCIATES P.S.C.
Urb Villa Blanca
76 Aquamarina
Caguas Puerto Rico 00725-1908
Tel 787-746-2434 Fax 855-298-1521
lamoraleslawoffice@gmail.com &
irma.lamorales@gmail.com