IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LUIS MANUEL SERRANO PERDIGON<br>CARMEN VIRGEN RIVERA CRUZ<br><br>xx-xx-8358<br>xx-xx-9135<br>Debtors | CASE NO. 19-00935-MCF7<br>Chapter 7<br><br><br><br><br>FILED & ENTERED ON SEP/23/2019 |

**ORDER**

Debtors' motion to inform and praying for court's indulgence for her absence from hearing (docket #60) is NOTED.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23 day of September, 2019.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge